## Muia, Appellant, *v.* Fazzini.

378

Argued October 8, 1964. Before Bell, C. J., Mus-
manno, Jones, Cohen, Eagen, O'Brien and Roberts,
JJ.

*Arnold W. Hirsch,* for appellants.

*A. J. DeMedio,* for appellees.

Opinion Per Curiam, January 5, 1965:

The court below entered judgment in favor of de-
fendants pursuant to preliminary objections in the
nature of a demurrer filed to plaintiffs' amended com-
plaint in ejectment, with abstract of title attached, on
which plaintiffs based their right of possession to the
two lots in question. The lower court held that since
the assessment on the lots did not properly identify
the assessed property, a tax sale based on the improper
identification of the property was void and passed no
title to plaintiffs. However, in order to make this de-
termination it was necessary for the court below to
consider factual matters neither averred in the com-
plaint nor disclosed in any other part of the record.

The lower court was also of the opinion that plaintiffs were guilty of laches which we feel was a premature determination. Hence, the judgment entered by the lower court will be vacated and the record remanded to afford plaintiffs the opportunity to either further amend their complaint or require defendants to answer.

Judgment vacated with a procedendo.